United States District Court
Southern District of Texas
FILED

AUG 1 6 2016

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.  § | Criminal No. |
| § | |
| JESUS A. VILLARREAL § | M-16-1165 |
| also known as "Tio" § | |
| JUAN CRISTOBAL HERNANDEZ § | |
| also known as "Flaco" § | |
| ROLANDO MARTINEZ, JR. § | |

## SEALED INDICTMENT

THE GRAND JURY CHARGES:

### Count One

From on or about March 1, 2015, to on or about May 1, 2015, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**JESUS A. VILLARREAL**
also known as "Tio"
**JUAN CRISTOBAL HERNANDEZ**
also known as "Flaco"
and
**ROLANDO MARTINEZ, JR.**

did knowingly and intentionally conspire and agree together and with other persons known and unknown to the Grand Jurors, to possess with intent to distribute a controlled substance. The controlled substance involved was 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

### Count Two

From on or about March 1, 2015, to on or about March 18, 2015, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**JESUS A. VILLARREAL**
also known as "Tio"
and

**JUAN CRISTOBAL HERNANDEZ**
**also known as "Flaco"**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 5 kilograms or more, that is, approximately 22 kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

### Count Three

From on or about April 2, 2015, to on or about April 15, 2015, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**JESUS A. VILLARREAL**
**also known as "Tio"**
**JUAN CRISTOBAL HERNANDEZ**
**also known as "Flaco"**
**and**
**ROLANDO MARTINEZ, JR.**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 5 kilograms or more, that is, approximately 109 kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON

KENNETH MAGIDSON
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY