United States District Court
Southern District of Texas
**ENTERED**
September 23, 2016
David J. Bradley, Clerk

United States District Court
Southern District of Texas
FILED
SEP 2 3 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § | Criminal No. 7:16-cr-01165 |
| JESUS A. VILLARREAL, ET AL | § § § | |

## ORDER TO UNSEAL INDICTMENT

The Court, after having considered the Government's Motion to Unseal Indictment, 7:16-cr-01165, and finding it to be meritorious, GRANTS said Motion.

IT IS THEREFORE ORDERED that the Sealed Indictment in 7:16-cr-01165 be Unsealed.

SIGNED on this the ___ day of September, 2016, at McAllen, Texas.

~~RICARDO H. HINOJOSA~~
~~CHIEF~~ UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

1